THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| Dynamic Wrecking & Excavation, Inc., | ) | Case No. 14-748 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

**TO:   SEE ATTACHED SERVICE LIST**

Please be advised that on March 3, 2015 at 10:00 a.m., we shall appear before the Honorable Eugene R. Wedoff, or any Judge sitting in his stead, in Courtroom 744 of the United States Bankruptcy Court, or any other courtroom therein, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Debtor's Motion For Final Decree.

Dynamic Wrecking & Excavation, Inc.

By:      /s/ Alanna G. Morgan

**CERTIFICATE OF SERVICE**

I, Alanna G. Morgan, an attorney, caused a copy of this Notice and the above described Motion For Final Decree to be served upon the attached service list as indicated thereon on February 9, 2015.

     /s/ Alanna G. Morgan

Keevan D. Morgan #1958844
Alanna G. Morgan #6313539
Morgan & Bley, Ltd.
900 W. Jackson Blvd. Suite 4E
Chicago, IL 60607
312.243.0006

## SERVICE LIST

By ECF Filing and Mail:

Patrick S Layng,
Office of the U.S. Trustee
Region 11
219 S Dearborn St
Room 873
Chicago, Illinois 60604
USTPRegion11.MD.ECF@usdoj.gov

Kathryn M. Gleason
Trial Attorney
Office of the United States Trustee
219 S. Dearborn St., Room 873
Kathryn.M.Gleason@usdoj.gov

Stephen J Brown
Schuyler Rome& Crisham
130 E. Randolph St.  Ste. 3800
Chicago, IL 60601
sjbrown@srcattorneys.com

Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603

Warren R. Fuller
Fuller & Beres
69 S. Barrington Road
South Barrington, Illinois 60010
warren_fuller@hotmail.com

ALI FARUQ
KURC GARY M
16162 S ELLIS
SOUTH HOLLAND IL,
60473

American Arbitration
Association
225 N Michigan Ave #1840,
Chicago, IL 60601

Amerifactors
PO Box 628004
Orlando, FL 32862-8004

Badger Daylighting
1300 U.S. 136,
Pittsboro, IN 46167

Badger Daylighting
1300 U.S. 136,
Pittsboro, IN 46167

Burns, Wiliam

5256 S Paulina St
Chicago, IL 60609

CIT Kenworth
8300 Springlake Dr
Mokena, IL 60448

City Chicago
121 N. LaSalle Street
Chicago, Illinois 60602

Construction Industry
Research and Service Trust F
Attn: Elizabeth LaRose, Esq.
6141 Joliet Road
Countryside, IL 60525

Contractors Recycling
160 E 168th St
South Holland, IL 60473

Dykema Gossett PLLC
10 S. Wacker Drive, Suite
2300

Chicago, IL 60606

E. King Construction &
Trucking
3600 S Western Ave
Chicago, IL 60609

Faruq Ali
C/o Gary M. Kurc
Attorney at Law
16162 S. Ellis Ave
South Holland, Illinois
60473

Fifth Third Bank
161 N Clark St
Chicago, IL 60601

Fifth Third Bank
161 N Clark St
Chicago, IL 60601

G&L Truck Repair
PO Box 1595

Bolingbrook, IL 60440

Hemphill, Roy
308 West 80th
Chicago, IL 60620

Hudson, William
655 W 65th St
Chicago, IL 60621

Illinois Dept of Employment
Secirity
33 S State St 10th Flr
Bankruptcy Unit
Chicago, Illinois 60603
Attn. Amelia Yabes

International Union of
Operating Engineers, Local
Attn: Elizabeth LaRose, Esq.
6140 Joliet Road
Countryside, IL 60525

Irvin Tractor
11601 S Ridgeland Ave.
Alsip, Illinois 60803

James P. Rome, LTD.
517 Lavergne Avenue
Wilmette, Illinois 60091

Laborers' Pension and
Laborers' Welfare
Karen I. Engelhardt
Allison, Slutsky & Kennedy,
P.C.
230 West Monroe Street
Chicago, IL 60606

Lady Lifty Inc
11050 W. 72nd. Street
Indian Head Park, IL
60525

Lady Lifty Inc
11050 W. 72nd. Street
Indian Head Park, IL
60525

Lee, Leslie
608 Sommerville Court
Matteson, IL 60443

Lifting Gear
9925 Industrial Dr,
Bridgeview, IL 60455

Local 150 I.U.O.E. Vacation
Savings Plan
Attn: Elizabeth LaRose, Esq.
6141 Joliet Road
Countryside, IL 60525

Masters Fence
12 E 34th Pl,
Steger, IL

Metro Lift
679 Heartland Dr,
Sugar Grove, IL 60554

Metro Lift
679 Heartland Dr,
Sugar Grove, IL 60554

Michael Simone
10824 S Beverly
Chicago, IL 60643

Midwest Operating
Engineers Welfare Fund
c/o Elizabeth LaRose, Esq.
6141 Joliet Road
Countryside, IL 60525

Mobil Mini
7420 S Kyrene Rd #101
Tempe, AZ

Moore, David
241 Providence Drive
Matteson, IL 60443

New Robbin Currency
Exhcnage
13912 S Claire Blvd,
Robbins, IL 60472

O'Leary's Contractors
Equipment
Brown & Joseph Ltd
2550 W Golf Rd 3rd Floor
Rolling Meadows IL 60008

O'Learys Equipment
1031 N Cicero Ave
Chicago, IL
60651

People Gas
130 E Randolph St
Chicago, IL 60601

Plote Construction Inc.
1100 Brandt Drive
Hoffman Estates, Illinois
60192

Positioning Solutions
Marc S. Lichtman &
Associates
222 N LaSalle St. Suite 200
Chicago, IL 60601

Power and Sons
2636 W 15th Ave,
Gary, IN 46404

Precise Industrial Services
Inc
6447 S State Street
Chicago, IL 60637

Preferred Fleet
2626 E 139th

Burnham, IL 60633

Rasheed H. Bonds
16658 Woodlawn
South Holland, IL 60473

Richard Van Hattem Jr
27115 Dutton Road
Beecher IL 60401

Safeway
0S490 Il Route 83
Oakbrook Terrace, IL 60181

SES Inc
1400 Powis Road
West Chicago, Illinois 46406

SES Inc
1400 Powis Road
West Chicago, Illinois 46406

Springer Blue Print
10640 S. Western Ave
Chicago, IL 60643

Springer Blue Print
10640 S. Western Ave
Chicago, IL 60643

Sprint
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Strong, Gregory
9435 S May
Chicago, IL 60620

SuperMix
5435 Bull Valley Rd,
McHenry, IL 60050

Tee-Bell Alexander
2606 W 69th St
Chicago, IL 60629

Todd Miller
Allocco, Miller & Cahill, P.C.
3409 North Paulina Street
Chicago, IL 60657

Travelers Insurance
PO Box 660317
Dallas, TX 75266-0317

Tri State Payroll
2950 Niles Ave.
Saint Joseph, MI 49085

Tri State Payroll
2950 Niles Ave.
Saint Joseph, MI 49085

Truck King
4722 S Spaulding Ave
Chicago, IL 60632

Uline
12575 Uline Dr,
Pleasant Prairie, WI 53158

United Rent a Fence
1500 W Fullerton Ave.
Addison, Illinois 60101

United Rentals
11050 W. 72nd. Street
Indian Head Park, IL 60525

United Rentals
11050 W. 72nd. Street
Indian Head Park, IL 60525

United Transfer, Inc.
c/o James M. Dore and John N. Dore
134 North Lasalle, #1208
Chicago, IL 60602

Vulcan
3910 S Racine Ave
Chicago, IL 60609

Waste Management
13707 S Jeffery Ave
Chicago, IL 60646

Waste Management c/o
Jacquolyn E. Mills
1001 Fannin St. Ste. 4000
Houston, Texas 77002

4

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| Dynamic Wrecking & Excavation, Inc., ) | Case No. 14-00748 |
| ) | |
| Debtor. ) | Hon. Eugene R. Wedoff |

**DEBTOR'S MOTION FOR FINAL DECREE**

Now comes the Debtor, Dynamic Wrecking & Excavation, Inc. ("Debtor"), by and through its attorneys, Keevan D. Morgan and Alanna G. Morgan of Morgan & Bley, Ltd., and requests this Honorable Court to enter a Final Decree closing the case. In support of this Motion, the Debtor states as follows:

1. The plan has been substantially consummated as defined in 11 U.S.C. § 1101(2) in that the Debtor has made all the required Plan payments through the Effective Date provided below:

| Creditor | Amount |
|---|---|
| Amerifactors Secured | 170,600 |
| Laborers' Secured | 48,739 |
| AM&C Secured | 7,542 |
| James Rome Secured | 1,000 |
| Employees' Priority | 4,371 |
| Laborers' Priority | 65,925 |
| Operators' Priority Pension | 18,270 |
| Operators' Priority Welfare | 20,944 |
| Operators' Priority Apprenticeship | 1,693 |
| Operators' Priority Retirement | 1,632 |

5

| | |
|---|---|
| Operators' Priority Vacation | 2,129 |
| Operators' Priority Construction | 2,611 |
| Operators' Priority Administrative | 1,230 |
| IDES Priority | 1,000  *(01/01/2015) |
| IRS Priority | 1,334 ** (The IRS lowered its claim and the lower claim amount was paid) |
| Operators Payment from Escrow | 100,000 |
| **Total Amount** | 449,020 |

2. It is in the interests of judicial and private economy to enter Final Decree and close the case.

Wherefore, Debtor prays that this Court enters a Final Decree closing the case.

                                                              Dynamic Wrecking & Excavation, Inc.

                                          By:    /s/ Alanna G. Morgan
                                                       One of its Attorneys

Keevan D. Morgan #1958844
Alanna G. Morgan #6313539
Morgan & Bley, Ltd.
900 W. Jackson Blvd. Suite 4E
Chicago, IL 60607
312.243.0006