**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR - 3 2015

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:  )
        )
        )  Case No. 14 B 00748
DYANMIC WRECKING & EXCAVATION, INC.,  )
        )
        )
        )  Chapter 11
Debtor. )
        )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF KEEVAN D. MORGAN AND ALANNA G. MORGAN, ATTORNEYS FOR DEBTOR FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $57,185.00 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $1,438.50 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $55,746.50 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $55,746.50**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2) Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4) Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone,* 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman,* 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)   **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(12)   **Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

(14)   **Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: March 3, 2015

Eugene R. Wedoff
United States Bankruptcy Judge

Morgan & Bley, Ltd.
900 West Jackson
Suite 4 East
Chicago, IL 60607

| Invoice submitted to: |
|---|
|  |

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| February 10, 2015 | 11775 |  |

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

Admin.Employ.MB

7/29/2014 KDM conference
Conference with Allan Friedman re: status
Admin.Employ.MB
0.10
450.00/hr
45.00

8/14/2014 KDM work
Work on appearances
Admin.Employ.MB
0.10
450.00/hr
45.00

KDM Begin
Begin work on Motion to Employ M&B
Admin.Employ.MB
0.30
450.00/hr
135.00

8/15/2014 KDM File
Get appearance on file ⟨12⟩
Admin.Employ.MB
0.10
450.00/hr
45.00
-45.00

8/21/2014 KDM Completed
Complete the Employment Motion and Review the schedules for the affidavit and get same filed ⟨12⟩ ⟨5⟩
Admin.Employ.MB
0.50
450.00/hr
225.00
-22.50

AGM Review
Reviewed creditors re: my affidavit in motion to employ and to disclose and to ensure there are no conflicts of interest; phone calls with KDM re: the same; review so that I could adequately disclose
Admin.Employ.MB
0.30
215.00/hr
64.50

-67.50

Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/23/2014 | KDM | Email<br>Emails with attorney Joseph S Brown, a creditor's lawyer, re: employment motion<br>Admin.Employ.MB | 0.10<br>450.00/hr | 45.00 |
| 8/27/2014 | KDM | Court - appear<br>Court appearance on Motion to employ Morgan and Bley, Ltd., as additional counsel to the debtor<br>Admin.Employ.MB | 0.10<br>450.00/hr | 45.00 |
|  | KDM | Prepare ②<br>Prepare for hearing to Employ Morgan and Bley, Ltd., as additional counsel<br>Admin.Employ.MB | .30<br>~~0.60~~<br>450.00/hr | 270.00<br>-135.00 |
|  | KDM | conference<br>Conference with Allan Friedman re: employment of additional counsel<br>Admin.Employ.MB | 0.30<br>450.00/hr | 135.00 |
| 9/22/2014 | KDM | Draft<br>Draft 2016(B) Statement and file with the retainer agreement<br>Admin.Employ.MB  ②⑦ | 0.30<br>450.00/hr | 135.00<br>-13.50 |
|  | SUBTOTAL: |  | [    2.80 | 1,189.50] |

Admin.Employ.Rome

| 8/15/2014 | KDM | Review<br>Review documents I have and docket ④<br>Admin.Employ.Rome | 0.20<br>450.00/hr | 90.00<br>-90.00 |
|---|---|---|---|---|
|  | KDM | conference<br>Conference with Allan Friedman re: Rome's employment as counsel<br>Admin.Employ.Rome | 0.40<br>450.00/hr | 180.00 |
|  | KDM | conference<br>Another Conference with Rome re: his employment as special counsel<br>Admin.Employ.Rome | 0.40<br>450.00/hr | 180.00 |
|  | KDM | conference<br>Conference with James Rome re: his employment<br>Admin.Employ.Rome | 0.40<br>450.00/hr | 180.00 |
|  | SUBTOTAL: |  | [    1.40 | 630.00] |

-238.50

                                                                                        Page     4


|            |     |                                                                                                                  | Hrs/Rate          | Amount              |
|------------|-----|------------------------------------------------------------------------------------------------------------------|-------------------|---------------------|
| 8/21/2014  | KDM | conference<br>Confer with James Rome and receive commitment for a return of the fees he was paid<br>Admin.Fees.Rome | 0.10<br>450.00/hr | 45.00               |
|            | KDM | Email<br>Email to distribution list that Mr. Rome will comply with Scott Clar's demand letter<br>Admin.Fees.Rome  | 0.10<br>450.00/hr | 45.00               |
| 8/22/2014  | KDM | conference<br>Conference re: Draft Fee Petition for James Rome<br>Admin.Fees.Rome                                | 0.10<br>450.00/hr | 45.00               |
| 8/25/2014  | KDM | Draft<br>Drafting of Fee Application for Special counsel James Rome<br>Admin.Fees.Rome                           | 1.70<br>450.00/hr | 765.00              |
| 8/26/2014  | KDM | Email<br>Email to Jim Rome re: his fee petition<br>Admin.Fees.Rome                                                | 0.10<br>450.00/hr | 45.00               |
|            | KDM | Finish<br>Finalize and file James Rome's Fee Petition (First)  ⑰ ⑫<br>Admin.Fees.Rome                             | 0.30<br>450.00/hr | 135.00<br>-13.50    |
| 8/28/2014  | KDM | Email<br>Email string re: Rome's fees ④<br>Admin.Fees.Rome                                                        | 0.10<br>450.00/hr | 45.00<br>-45.00     |
| 8/29/2014  | KDM | Email<br>Emails with Rome and Clar re: Rome's fee petition and he is willing to accept almost all of Scott's deletions<br>Admin.Fees.Rome | 0.10<br>450.00/hr | 45.00 |
| 9/8/2014   | KDM | Email<br>Email from Rome re: his fee petition<br>Admin.Fees.Rome                                                  | 0.10<br>450.00/hr | 45.00               |
| 9/10/2014  | KDM | Email<br>Email chain re: return of Rome's fees<br>Admin.Fees.Rome                                                 | 0.10<br>450.00/hr | 45.00               |
| 9/17/2014  | KDM | Review<br>Review order granting fee application of James Rome<br>Admin.Fees.Rome                                  | 0.10<br>450.00/hr | 45.00               |
|            |     | SUBTOTAL:                                                                                                        | [     3.40        | 1,530.00]           |

-58.50

Page    6

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/27/2014 | KDM | conference<br>Another conference with Rasheed Bonds re: Local 150's claims<br>Claims.150 | 0.10<br>450.00/hr | 45.00 |
| | KDM | conference<br>A third conference with Rasheed Bonds re: Local 150's claims<br>Claims.150 | 0.30<br>450.00/hr | 135.00 |
| | KDM | Review<br>Review and analyze the local 150 claim re: possible objection thereto<br>Claims.150 | 0.80<br>450.00/hr | 360.00 |
| | KDM | Email<br>Email to Scott Clar, Local 150's lawyer, with some questions about its claims and review his initial response<br>Claims.150 | 0.10<br>450.00/hr | 45.00 |
| 9/5/2014 | KDM | Email<br>Email chain with Scott Clar re: possible objection to Operators Claims in part<br>Claims.150 | 0.10<br>450.00/hr | 45.00 |
| 9/8/2014 | KDM | Review<br>Review email from Scott Clar re: Trust Agreements<br>Claims.150 | 0.10<br>450.00/hr | 45.00 |
| 9/16/2014 | KDM | conference<br>Conference with Allan Fridman re: Operators' Claims<br>Claims.150 | 0.30<br>450.00/hr | 135.00 |
| 9/18/2014 | KDM | Draft ⑫ ⑦<br>Draft and file Objections to the Operators' Claims<br>Claims.150 | 0.70<br>450.00/hr | 315.00<br>-31.50 |
| | KDM | Research<br>Research re: collective bargaining agreements<br>Claims.150 | 1.50<br>450.00/hr | 675.00 |
| | KDM | conference<br>Conference with Allan Fridman re: treatment of 150's claims<br>Claims.150 | 0.30<br>450.00/hr | 135.00 |
| | KDM | conference<br>Conference with Rasheed re: 150's claims<br>Claims.150 | 0.40<br>450.00/hr | 180.00 |
| 9/19/2014 | KDM | conference<br>Conference with Rasheed re: 150's claims<br>Claims.150 | 0.10<br>450.00/hr | 45.00 |

-31.50

Page    11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | Claims.Plote |  |  |  |
| 9/24/2014 KDM | Email<br>Email to AGM re: the Plote Claim<br>Claims.Plote |  | 0.20<br>450.00/hr | 90.00 |
| KDM | Email<br>Emails with James Rome re: the situation<br>Claims.Plote |  | 0.20<br>450.00/hr | 90.00 |
| 10/3/2014 KDM | conference<br>Conference with Rasheed Bonds re: Plote POC<br>Claims.Plote |  | 0.10<br>450.00/hr | 45.00 |
| KDM | conference<br>Conference with Allan Fridman re: Plote POC<br>Claims.Plote |  | 0.10<br>450.00/hr | 45.00 |
| KDM | Review<br>Review State Court pleadings<br>Claims.Plote |  | 0.30<br>450.00/hr | 135.00 |
| 10/8/2014 KDM | Draft<br>Draft/file objection to Plote POC  (12)(7)<br>Claims.Plote |  | 1.00<br>450.00/hr | 450.00<br>-45.00 |
| KDM | Email<br>Email from James Rome re: Plote State Court Pleadings<br>Claims.Plote |  | 0.10<br>450.00/hr | 45.00 |
| KDM | Email<br>Emails with other counsel re: our objections to the Plote POC<br>Claims.Plote |  | 0.10<br>450.00/hr | 45.00 |
| KDM | conference<br>Conference with James Rome re: the claims in the state court litigation<br>Claims.Plote |  | 0.30<br>450.00/hr | 135.00 |
| KDM | conference<br>Another conference with James Rome re: the state court litigation claims<br>Claims.Plote |  | 0.30<br>450.00/hr | 135.00 |
| KDM | conference<br>Conference with Allan Fridman re: the Plote POC<br>Claims.Plote |  | 0.20<br>450.00/hr | 90.00 |
| 10/21/2014 KDM | conference<br>Conference with Allan Fridman re: outstanding issues<br>Claims.Plote |  | 0.20<br>450.00/hr | 90.00 |

-45.00

Page    12

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2014 | KDM | Check<br>Check docket re: status of Plote matters re: the claim objection up on Wednesday<br>Claims.Plote | | 0.10<br>450.00/hr | 45.00 |
| 11/12/2014 | AGM | Appear<br>Appearance on Plote claim objection; preparation for the same ⑰<br>Claims.Plote | | 1.00<br>215.00/hr | 215.00<br>-21.50 |
| | | SUBTOTAL: | [ | 4.20 | 1,655.00] |

DIP

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/20/2014 | KDM | Review<br>Review email from Rasheed Bonds to Allan re: DIP financing Motion<br>DIP | 0.10<br>450.00/hr | 45.00 |
| 8/23/2014 | KDM | Draft<br>Draft Motion and Order for DIP financing<br>DIP | 0.80<br>450.00/hr | 360.00 |
| | KDM | Email<br>Email to Rasheed Bonds re: DIP financing motion<br>DIP | 0.10<br>450.00/hr | 45.00 |
| 8/25/2014 | KDM | Review<br>Review email from Rasheed re: new DIP financing agreement<br>DIP | 0.10<br>450.00/hr | 45.00 |
| 8/26/2014 | KDM | Review<br>Review email from Rasheed re: factoring agreement<br>DIP | 0.10<br>450.00/hr | 45.00 |
| 9/19/2014 | KDM | Email<br>Emails with Rasheed re: DIP financing<br>DIP | 0.10<br>450.00/hr | 45.00 |
| 10/6/2014 | KDM | Email<br>Back and forth emails with attorney Joseph Brown, Amerifactor's lawyer, with drafting changes to Motion and Order for sale of receivables to Amerifactors<br>DIP | 0.70<br>450.00/hr | 315.00 |
| 10/7/2014 | KDM | Review<br>Review email from attorney Brown re: DIP Factoring Agreement<br>DIP | 0.10<br>450.00/hr | 45.00 |

-21.50

|            |     |                                                                                                                                                                                                                                                                                                               | Hrs/Rate          | Amount           |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------------|
| 10/8/2014  | KDM | Email<br>Email chain with Joseph Brown, the attorney for Amerifactor<br>DIP                                                                                                                                                                                                                                   | 0.30<br>450.00/hr | 135.00           |
|            | KDM | work<br>Act as a go between the UST and Amerifactor's counsel re: various parts of the DIP Motion/Order<br>DIP                                                                                                                                                                                                | 0.30<br>450.00/hr | 135.00           |
| 10/10/2014 | KDM | Completed<br>Complete and file Motion to Obtain DIP financing ⑰ ⑫<br>DIP                                                                                                                                                                                                                                      | 1.00<br>450.00/hr | 450.00<br>-45.00 |
| 10/18/2014 | KDM | Email<br>Emails with Joe Brown, attorney for Amerifactor, re 506(C) claim issues<br>DIP                                                                                                                                                                                                                       | 0.20<br>450.00/hr | 90.00            |
| 10/22/2014 | KDM | conference<br>Conference with Joe Brown re: how things are going; working something out between Amerifactor and the city and some progress is being made<br>DIP                                                                                                                                               | 0.10<br>450.00/hr | 45.00            |
|            | KDM | conference<br>Conference with Allan Fridman re: financing motion<br>DIP                                                                                                                                                                                                                                       | 0.10<br>450.00/hr | 45.00            |
| 10/24/2014 | KDM | conference<br>Conference with Rasheed Bonds re: DIP financing agreement<br>DIP                                                                                                                                                                                                                                | 0.10<br>450.00/hr | 45.00            |
| 10/28/2014 | KDM | conference<br>Conference call with the lawyers for Amerifactors, the Operators, the Laborers, the City and Allan Fridman re: the DIP financing and its effect on confirmation; we seem to be in agreement to get the deal done, but they assert Rasheed's Reports are behind and so I will get those to them, but a 1 week draft order to follow seems probably for tomorrow<br>DIP | 0.40<br>450.00/hr | 180.00           |
| 10/29/2014 | KDM | Court - appear<br>Court appearance re: status of financing and the call was pretty long<br>DIP                                                                                                                                                                                                                | 0.90<br>450.00/hr | 405.00           |
|            | KDM | Completed<br>Complete and upload proposed order ⑫ ⑦<br>DIP                                                                                                                                                                                                                                                    | 0.20<br>450.00/hr | 90.00<br>-9.00   |
|            | KDM | Email<br>Long email string with Rasheed<br>DIP                                                                                                                                                                                                                                                                | 0.30<br>450.00/hr | 135.00           |

-54.00

Page    15

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 9/2/2014 | KDM | Review<br>Review 4 years of tax returns from Rasheed Bonds<br>DS |  | 0.10<br>450.00/hr | 45.00 |
| 9/5/2014 | KDM | conference<br>Conference with Rasheed Bonds re: projections<br>DS |  | 0.30<br>450.00/hr | 135.00 |
| 9/8/2014 | KDM | Review<br>Review some projections<br>DS |  | 0.10<br>450.00/hr | 45.00 |
| 9/9/2014 | KDM | conference<br>Conference with Allan Friedman re: projections<br>DS |  | 0.20<br>450.00/hr | 90.00 |
|  | KDM | conference<br>Another conference with Allan Friedman re: projections<br>DS |  | 0.20<br>450.00/hr | 90.00 |
|  | KDM | conference<br>Conference again with Allan Friedman re: projections<br>DS |  | 0.10<br>450.00/hr | 45.00 |
|  | KDM | conference<br>Conference with Rasheed Bonds to go over all the numbers in the projections<br>DS |  | 0.20<br>450.00/hr | 90.00 |
|  | KDM | Review<br>Review several sets of projections<br>DS |  | 0.70<br>450.00/hr | 315.00 |
|  | KDM | Finish<br>Finish Plan revisions and get on file  (12)(7)<br>DS |  | 1.00<br>450.00/hr | 450.00<br>-45.00 |
|  | KDM | Finish<br>Finish disclosure statement and get on file  (12)(7)<br>DS |  | 2.30<br>450.00/hr | 1,035.00<br>-103.50 |
| 10/16/2014 | KDM | Email<br>Email from Allan and respond thereto re: projections<br>DS |  | 0.10<br>450.00/hr | 45.00 |
|  | KDM | Email<br>Additional emails from Allan Fridman re: projections<br>DS |  | 0.30<br>450.00/hr | 135.00 |

148.50

Page   16

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2014 | KDM | Draft<br>Draft order denying operator's Motion to Dismiss moot<br>DS | | 0.10<br>450.00/hr | 45.00 |
| | KDM | Draft<br>Draft order dismissing factoring Motion as moot<br>DS | | 0.10<br>450.00/hr | 45.00 |
| | | SUBTOTAL: | | [ 6.60 | 2,970.00] |

Operators.2004

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 9/19/2014 | KDM | conference<br>Conference with Scott Clar re: 2004 exam<br>Operators.2004 | | 0.10<br>450.00/hr | 45.00 |
| | KDM | conference<br>Conference with Scott Clar re: 2004 examination<br>Operators.2004 | (14) | 0.10<br>450.00/hr | 45.00<br>-45.00 |
| 9/22/2014 | KDM | Email<br>Emails with Scott Clar re: taking the 2004 exam of Union officials<br>Operators.2004 | | 0.20<br>450.00/hr | 90.00 |
| 9/23/2014 | KDM | Email<br>Emails with Scott re: Rule 2004 examination of his client<br>Operators.2004 | | 0.10<br>450.00/hr | 45.00 |
| 9/24/2014 | KDM | Email<br>Emails with Rasheed re: my proposed document rider<br>Operators.2004 | | 0.10<br>450.00/hr | 45.00 |
| | KDM | Draft<br>Draft document production rider and subpoena and get over to Scott Clar<br>Operators.2004 | | 0.40<br>450.00/hr | 180.00 |
| | KDM | Email<br>Emails with Scott Clar re: the scope of the subpoena and document rider<br>Operators.2004 | | 0.10<br>450.00/hr | 45.00 |
| | KDM | Email<br>More emails with Scott Clar re: our subpoena<br>Operators.2004 | | 0.10<br>450.00/hr | 45.00 |
| | KDM | Search<br>Internet search to confirm (4)<br>Operators.2004 | | 0.20<br>450.00/hr | 90.00<br>-90.00 |

-135.00

Page    22

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/3/2014 | KDM | Prepare<br>Prepare for meeting with Allan Friedman and Rasheed Bonds re: Plan<br>Plan | 0.70<br>450.00/hr | 315.00 |
|  | KDM | Meeting<br>Meet with Allan Friedman and Rasheed Bonds re: getting the plan revised; and new projections<br>Plan | 2.60<br>450.00/hr | 1,170.00 |
|  | KDM | Research (4)<br>Research<br>Plan | 0.30<br>450.00/hr | 135.00<br>-135.00 |
|  | AGM | work<br>Shepardized case for Allan Friedman<br>Plan | 0.10<br>215.00/hr | 21.50 |
| 9/4/2014 | KDM | Review<br>Review email from Friedman with revised projections<br>Plan | 0.10<br>450.00/hr | 45.00 |
| 9/5/2014 | KDM | work<br>Work on scheduling order and emails with various counsel re: same<br>Plan | 0.30<br>450.00/hr | 135.00 |
|  | KDM | Review<br>Review new projections<br>Plan | 0.10<br>450.00/hr | 45.00 |
|  | KDM | Research (4)<br>Research<br>Plan | 0.10<br>450.00/hr | 45.00<br>-45.00 |
|  | KDM | conference<br>Conference with Rasheed Bonds re: Plan<br>Plan | 0.20<br>450.00/hr | 90.00 |
|  | KDM | conference<br>Conference with Allan Friedman re: Plan<br>Plan | 0.20<br>450.00/hr | 90.00 |
| 9/7/2014 | KDM | work<br>Work on re-draft of the Plan<br>Plan | 0.80<br>450.00/hr | 360.00 |
| 9/8/2014 | KDM | work<br>Spent most of the day getting the Plan into shape for filing; the time spent was much longer but I cut a lot of the just simple editing part out<br>Plan | 5.20<br>450.00/hr | 2,340.00 |

-180.00

Page   23

|            |     |                                                                                                                      | Hrs/Rate        | Amount  |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 9/8/2014   | KDM | Email<br>Emails with counsel re: scheduling order<br>Plan                                                            | 0.10<br>450.00/hr | 45.00 |
|            | KDM | conference<br>Conference with Allan Friedman re: Plan<br>Plan                                                        | 0.10<br>450.00/hr | 45.00 |
| 9/9/2014   | KDM | conference<br>Conference with Allan Friedman re: going forward<br>Plan                                               | 0.10<br>450.00/hr | 45.00 |
|            | KDM | Email<br>Email to Allan Fridman after review of email from Scott Clar conceding one 150 Claim is not priority<br>Plan | 0.10<br>450.00/hr | 45.00 |
| 9/17/2014  | KDM | Email<br>Emails with James Rome re: status of Plan<br>Plan                                                           | 0.10<br>450.00/hr | 45.00 |
| 9/19/2014  | AGM | Research (4)<br>Research<br>Plan                                                                                     | 0.50<br>215.00/hr | 107.50<br>-107.50 |
| 9/20/2014  | KDM | Review<br>Review the case<br>Plan                                                                                    | 0.40<br>450.00/hr | 180.00 |
| 10/6/2014  | KDM | conference<br>Conference with Rasheed re: status of Plan<br>Plan                                                     | 0.10<br>450.00/hr | 45.00 |
| 10/16/2014 | KDM | Review<br>Review ECF Notice re: the operating report summary<br>Plan                                                 | 0.10<br>450.00/hr | 45.00 |
| 10/17/2014 | KDM | conference<br>Conference with Scott Clar re: new Plan<br>Plan                                                        | 0.20<br>450.00/hr | 90.00 |
|            | KDM | conference<br>Conferences with Scot Clar re: Plan<br>Plan                                                            | 0.10<br>450.00/hr | 45.00 |
|            | KDM | Telephone<br>A series of short calls with Allan Fridman re: Plan hearing<br>Plan                                     | 0.20<br>450.00/hr | 90.00 |

-107.50

Page 24

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/18/2014 | KDM | work<br>Work on revised plan<br>Plan | 0.30<br>450.00/hr | 135.00 |
|  | KDM | Email<br>Emails with Scott clar re: new Plan<br>Plan | 0.10<br>450.00/hr | 45.00 |
|  | KDM | conference<br>Conference with Rasheed re: Plan<br>Plan | 0.10<br>450.00/hr | 45.00 |
| 10/19/2014 | KDM | Revise ⑫ ⑰<br>Make final revisions to the fourth amended plan and get same on file with the court<br>Plan | 0.80<br>450.00/hr | 360.00<br>-36.00 |
| 10/28/2014 | KDM | Draft<br>Redrafting of Plain to touch up for submission and get to the other counsel<br>Plan | 0.50<br>450.00/hr | 225.00 |
|  | KDM | Draft<br>Draft Option A/Option B Notice to Unsecured Creditor Classes and circulate to concerned counsel<br>Plan | 0.40<br>450.00/hr | 180.00 |
| 11/26/2014 | KDM | work<br>Work with Staff re: getting out notice to unsecured creditors re: their option and email to Clar and Engelhart re: same<br>Plan | 0.30<br>450.00/hr | 135.00 |
|  | SUBTOTAL: |  | [    36.40 | 16,192.00] |

Plan.2004

| 8/13/2014 | KDM | conference<br>Conference with Allan Friedman re: tomorrow's deposition<br>Plan.2004 | 0.10<br>450.00/hr | 45.00 |
|---|---|---|---|---|
| 8/15/2014 | KDM | Prepare<br>Prepare for Rasheed Bonds deposition by Scott Clar on behalf of the Operators<br>Plan.2004 | 1.00<br>450.00/hr | 450.00 |
|  | KDM | Attend<br>Attend deposition of Rasheed Bonds by the Operators' attorneys<br>Plan.2004 | 2.20<br>450.00/hr | 990.00 |

-36.00

Page   26

|            |     |                                                                                          | Hrs/Rate        | Amount           |
|------------|-----|------------------------------------------------------------------------------------------|-----------------|------------------|
| 9/29/2014  | KDM | Review<br>Review letter and ballot re: Faruq Ali<br>Plan.Ballots                         | 0.10<br>450.00/hr | 45.00          |
| 10/6/2014  | KDM | Review<br>Review ECF Notice James Rome Ballot<br>Plan.Ballots                            | 0.10<br>450.00/hr | 45.00          |
| 10/7/2014  | KDM | Review<br>Review Ballot of Tee-Bell Alexander<br>Plan.Ballots                            | 0.10<br>450.00/hr | 45.00          |
| 10/8/2014  | KDM | Review<br>ECFs re: 150's rejections of the plan<br>Plan.Ballots                          | 0.10<br>450.00/hr | 45.00          |
| 10/13/2014 | KDM | conference<br>Conference with Rahseed Bonds re: the Plan<br>Plan.Ballots                 | 0.10<br>450.00/hr | 45.00          |
|            | KDM | Get<br>Get Rasheed Bonds's vote on the Plan filed<br>Plan.Ballots                        | 0.10<br>450.00/hr | 45.00          |
|            | KDM | Get<br>Get Todd Miller's Plan vote filed (12)<br>Plan.Ballots                            | 0.10<br>450.00/hr | 45.00<br>−45.00 |
|            | KDM | Begin<br>Make preliminary ballot analysis<br>Plan.Ballots                                | 0.40<br>450.00/hr | 180.00         |
| 10/16/2014 | KDM | Email<br>Emails with Allan Fridman re: the ECF Notice and Ballot report<br>Plan.Ballots  | 0.20<br>450.00/hr | 90.00          |
|            |     | SUBTOTAL:                                                                                | [   2.00        | 900.00]        |
|            |     | Plan.Con                                                                                 |                 |                |
| 9/10/2014  | KDM | Completed<br>Complete and get the scheduling order on file (7)(12)<br>Plan.Con          | 0.20<br>450.00/hr | 90.00<br>−9.00 |
| 10/8/2014  | KDM | Email<br>Emails with Scot Clar agreeing to continuing the confirmation hearing<br>Plan.Con | 0.10<br>450.00/hr | 45.00         |

−54.00

Page 27

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 10/9/2014 | KDM | Email<br>Email from Jim Rome re: hearing on Plan<br>Plan.Con | | 0.10<br>450.00/hr | 45.00 |
| 10/10/2014 | KDM | Draft (12)(7)<br>Draft and file Motion to Continue the combined Plan and Disclosure statement and hearing<br>Plan.Con | | 0.80<br>450.00/hr | 360.00<br>-36.00 |
| 10/13/2014 | KDM | conference<br>Conference with Scott Clar re: he is ok still with the motion to continue the hearing<br>Plan.Con | | 0.10<br>450.00/hr | 45.00 |
| | KDM | Review<br>Review Operator's Objection to the Plan and Disclosure Statement<br>Plan.Con | | 0.40<br>450.00/hr | 180.00 |
| | KDM | Begin<br>Begin to think about (4)<br>Plan.Con | | 0.30<br>450.00/hr | 135.00<br>-135.00 |
| 10/15/2014 | KDM | Attend<br>Attend hearing re: continuing the confirmation hearing and the 2004<br>Plan.Con | | 0.40<br>450.00/hr | 180.00 |
| | KDM | Prepare<br>Prepare for hearing re: continuation of Plan hearing and motion to take 2004 examinations of the Operators<br>Plan.Con | | 0.80<br>450.00/hr | 360.00 |
| | KDM | conference (4)<br>Conference<br>Plan.Con | | 0.20<br>450.00/hr | 90.00<br>-90.00 |
| | KDM | conference<br>Conference with Scott Clar re: witness list<br>Plan.Con | | 0.10<br>450.00/hr | 45.00 |
| | KDM | conference<br>Conference with Allan Fridman re: today's motions<br>Plan.Con | | 0.10<br>450.00/hr | 45.00 |
| | KDM | conference<br>Conference with Allan Fridman re: division of labor for the confirmation hearing for efficiency's sake<br>Plan.Con | | 0.10<br>450.00/hr | 45.00 |

-261.00

Page    28

|            |     |                                                                                                                      | Hrs/Rate         | Amount  |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|------------------|---------|
| 10/15/2014 | KDM | Begin<br>Begin preparation for confirmation with conference with Rasheed<br>Plan.Con                                 | 0.80<br>450.00/hr | 360.00 |
|            | KDM | Begin<br>Begin preparation for evidentiary confirmation hearing<br>Plan.Con                                          | 2.00<br>450.00/hr | 900.00 |
| 10/16/2014 | KDM | conference<br>Conference with Allan Fridman re: his projects for the Confirmation Hearing<br>Plan.Con                | 0.20<br>450.00/hr | 90.00  |
|            | KDM | conference<br>A series of short conversations with Allan Fridman re: the Confirmation<br>Plan.Con                    | 0.10<br>450.00/hr | 45.00  |
|            | KDM | conference<br>Conference with Allan Fridman re: getting all of today's required filings done<br>Plan.Con             | 0.20<br>450.00/hr | 90.00  |
|            | KDM | conference<br>Two more conferences with Allan Fridman re: the projects due today under<br>the Court's order<br>Plan.Con | 0.10<br>450.00/hr | 45.00 |
|            | KDM | conference<br>Conference with Allan Fridman re: research<br>Plan.Con                                                 | 0.10<br>450.00/hr | 45.00  |
|            | KDM | Email<br>Email to Rasheed re: preparation for the confirmation hearing<br>Plan.Con                                   | 0.10<br>450.00/hr | 45.00  |
|            | KDM | Email<br>Emails with Rasheed<br>Plan.Con                                                                             | 0.10<br>450.00/hr | 45.00  |
|            | KDM | Email<br>Emails and review attachments from Rasheed<br>Plan.Con                                                      | 0.30<br>450.00/hr | 135.00 |
|            | KDM | Email<br>Emails with Allan Fridman re: proof of IOLTA funds<br>Plan.Con                                              | 0.10<br>450.00/hr | 45.00  |
|            | KDM | Email ④<br>Confirming email<br>Plan.Con                                                                              | 0.10<br>450.00/hr | 45.00<br>-45.00 |

-45.00

Page 29

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/16/2014 | KDM | conference<br>Four conferences totaling about 23 minutes with Allan Fridman<br>Plan.Con | 0.40<br>450.00/hr | 180.00 |
|  | KDM | conference<br>Conference with Allan Fridman re: status of today's filings<br>Plan.Con | 0.10<br>450.00/hr | 45.00 |
|  | KDM | conference<br>Conference with Allan Fridman re: confirmation status<br>Plan.Con | 0.20<br>450.00/hr | 90.00 |
|  | KDM | Draft<br>Draft Response to the Operator's Objection to Plan Confirmation and get same on file<br>Plan.Con | 0.80<br>450.00/hr | 360.00<br>-36.00 |
|  | KDM | Draft<br>Draft and get filed Response to IRS Objection to Plan Confirmation<br>Plan.Con | 0.30<br>450.00/hr | 135.00<br>-13.50 |
|  | KDM | Review<br>Review the case documents preparation of the pretrial order<br>Plan.Con | 2.10<br>450.00/hr | 945.00 |
| 10/17/2014 | KDM | Email<br>Email from James Rome<br>Plan.Con | 0.10<br>450.00/hr | 45.00 |
|  | KDM | conference<br>Conference with Rasheed Bonds re: confirmation<br>Plan.Con | 0.20<br>450.00/hr | 90.00 |
|  | KDM | conference<br>Conference with Allan Fridman re: confirmation<br>Plan.Con | 0.20<br>450.00/hr | 90.00 |
| 10/20/2014 | KDM | conference<br>Conference with Rasheed Bonds re: today's hearing on Plan<br>Plan.Con | 0.10<br>450.00/hr | 45.00 |
|  | AGM | Attend<br>Attend hearing on Plan<br>Plan.Con | 1.00<br>215.00/hr | 215.00 |
| 10/29/2014 | KDM | conference<br>Conference with Scott Clar re: confirmation<br>Plan.Con | 0.10<br>450.00/hr | 45.00 |

-49.50

Page   35

|            |     |                                                                                                                              | Hrs/Rate          | Amount           |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------------------|------------------|
| 10/2/2014  | KDM | Review<br>Review Motion and Subpoena for 2004 examination<br>Plote.2004                                                      | 0.10<br>450.00/hr | 45.00            |
|            | AGM | Draft<br>Drafted motion for 2004 exam of Plote & subpoena<br>Plote.2004                                                      | 1.20<br>215.00/hr | 258.00           |
| 10/13/2014 | KDM | Finish<br>Finalize and file Motion, subpoena, Rider, and proposed order re: Plote 2004 examination<br>Plote.2004             | 0.90<br>450.00/hr | 405.00<br>-40.50 |
|            | KDM | Get<br>Get Motion for Rule 2004 examination completed and on file and served<br>Plote.2004                                   | 0.20<br>450.00/hr | 90.00<br>-9.00   |
|            | AGM | Draft<br>Created subpoena for 2004 exam c/o Scot Clar; revised subpoena to Plote, and drafted proposed order re: motion for 2004 exam of Plote<br>Plote.2004 | 0.60<br>215.00/hr | 129.00           |
| 10/14/2014 | KDM | conference<br>Conference with Warren Fuller re: continuing the Rule 2004 Motion<br>Plote.2004                                | 0.10<br>450.00/hr | 45.00            |
|            | KDM | Review<br>Review emails from Jim Rome to Warren Fuller<br>Plote.2004                                                         | 0.10<br>450.00/hr | 45.00            |
| 10/15/2014 | KDM | Review<br>Review objection to our Motion to take 2004 exam<br>Plote.2004                                                     | 0.10<br>450.00/hr | 45.00            |
|            | AGM | Research<br>Researched<br>Plote.2004                                                                                         | 1.50<br>215.00/hr | 322.50<br>-322.50 |
| 10/16/2014 | KDM | Review<br>Review draft memorandum responding to Plote's Objection to our Motion to take its Rule 2004 Examination<br>Plote.2004 | 0.20<br>450.00/hr | 90.00            |
|            | KDM | work<br>Work with AGM re: Plote 2004 exam reply<br>Plote.2004                                                                | 0.20<br>450.00/hr | 90.00            |

-372.00