UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-00748 |
| Dynamic Wrecking & Excavation, Inc., | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Debtor's Motion For Final Decree**

This cause coming on to be heard upon the Debtor's Motion For Final Decree, and the Court being fully advised in the premises, it is hereby ordered:

1. The Debtor's Motion For Final Decree is granted, and the case shall be closed.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  March 03, 2015

**Prepared by:**

Keevan D.  Morgan, ARDC No. 958844
Alanna G. Morgan, ARDC No. 6313539
Morgan & Bley, Ltd.
900 West Jackson Blvd.
Suite 4 East
Chicago, Illinois 60607
312.243.0006